# EXHIBIT G



ປະກາສະນິຍະບັດ

DIPLOMA



## Lao People's Democratic Republic
## Peace Independence Democracy Unity Prosperity

**Ministry of Education and Sports**
**Souphanouvong University**

Ref.No:0334 /SU AC.



# Diploma

## The President of Souphanouvong University

Certifies that

**Mr.** █████████████

Born on ███████████ *1994*, In *Luang Prabang*

Has been awarded a Bachelor of *Educational Sciences*

Majoring in *Teaching of English*

### *With First-Class Honor*

By certification of graduation No:*080 /SU*, dated *July 24, 2018*

Period of study *2014-2018*

**President**



Assoc.Prof. Vixay CHANSAVANG



**Lao People's Democratic Republic**

**Peace Independence Democracy Unity Prosperity**

Souphanouvong University
Academic Affairs Office

Ref. No. ......234....../SU-AAO
Luang Prabang, Dated 24 JUL 2018

## TRANSCRIPT

Name and Surname : ███████████
Date of Birth : ███████ 1994
Faculty of Education

Student Code : 142052005
Place of Birth : Luang Prabang
Qualification: Bachelor of Education Program in English Language

Year of Admission: 2014
Year of Graduation: 2018

| Codes | Subjects | Credits | Scores | Grades | Codes | Subjects | Credits | Scores | Grades |
|---|---|---|---|---|---|---|---|---|---|
| **2014** | **Semester I** | | | | **2015** | **Semester II** | | | |
| 0910101 | Computer 1 | 1 | 3.00 | B | 0910201 | Computer 2 | 1 | 4.00 | A |
| 0910102 | Technology for Daily Use | 2 | 4.00 | A | 0910202 | ICT | 2 | 3.50 | B+ |
| 0910103 | Application of Lao Language | 3 | 4.00 | A | 0910204 | Mathematical Application | 3 | 3.50 | B+ |
| 0910104 | Independent Learning 1 | 1 | 4.00 | A | 0910205 | National Defense and Public Security | 1 | S | Passed |
| 0910105 | Political Science 1 | 1 | 2.50 | C+ | 0910206 | Independent Learning 2 | 1 | 3.00 | B |
| 0910106 | Educational Technology | 2 | 4.00 | A | 0910207 | Political Science 2 | 2 | 3.50 | B+ |
| 0910107 | General English 1 | 2 | 4.00 | A | 0910208 | General English 2 | 2 | 4.00 | A |
| 0910108 | Reading 1 | 2 | 4.00 | A | 0910209 | Reading 2 | 2 | 4.00 | A |
| 0910109 | Pronunciation 1 | 1 | 3.50 | B+ | 0910210 | Pronunciation 2 | 1 | 4.00 | A |
| 0910110 | Listening | 1 | 4.00 | A | 0910211 | Operating System | 3 | 4.00 | A |
| 0910111 | Software Application | 3 | 4.00 | A | | | | | |
| **Total Credits** | | **19** | | | **Total Credits** | | **18** | | |
| **Grade Point Average** | | | **3.84** | **B+** | **Grade Point Average** | | | **3.74** | **B+** |
| **2015** | **Semester III** | | | | **2016** | **Semester IV** | | | |
| 0910301 | Computer 3 | 1 | 3.00 | B | 0901401 | Computer 4 | 1 | 4.00 | A |
| 0910302 | Lao and ASEAN Cultures and Heritage | 2 | 4.00 | A | 0910402 | Independent Learning 4 | 1 | 3.00 | B |
| 0910303 | Independent Learning 3 | 1 | 4.00 | A | 0910403 | General Psychology | 2 | 3.00 | B |
| 0910304 | Political Science 3 | 2 | 2.50 | C+ | 0910404 | Curriculum Analysis | 4 | 4.00 | A |
| 0910305 | General English 3 | 3 | 4.00 | A | 0910405 | Social Psychology | 2 | 2.50 | C+ |
| 0910306 | Reading 3 | 2 | 4.00 | A | 0910406 | Methodology 1 | 2 | 3.00 | B |
| 0910307 | Writing 1 | 2 | 3.00 | B | 0910407 | Pedagogical Practice 1 | 1 | 3.50 | B+ |
| 0910308 | Management Information System | 3 | 3.00 | B | 0910408 | General Education 1 | 2 | 2.00 | C |
| 0910309 | Phonology | 3 | 2.50 | C+ | 0910409 | General English 4 | 3 | 4.00 | A |
| 0910310 | Lao Semantics | 3 | 2.00 | C | 0910410 | Writing 2 | 2 | 4.00 | A |
| | | | | | 0910411 | Grammar 1 | 2 | 4.00 | A |
| **Total Credits** | | **22** | | | **Total Credits** | | **22** | | |
| **Grade Point Average** | | | **3.11** | **B** | **Grade Point Average** | | | **3.43** | **B** |
| **2016** | **Semester V** | | | | **2017** | **Semester VI** | | | |
| 0910501 | Phonetics | 2 | 4.00 | A | 0910601 | Methodology 3 | 2 | 3.50 | B+ |
| 0910502 | Methodology 2 | 2 | 4.00 | A | 0910602 | Pedagogical Practice 3 | 1 | 4.00 | A |
| 0910503 | Pedagogical Practice 2 | 1 | 2.50 | C+ | 0910702 | Measurement and Evaluation | 2 | 2.50 | C+ |
| 0910504 | General Education 2 | 2 | 3.00 | B | 0910604 | Literature 1 | 2 | 4.00 | A |
| 0910505 | Adolescent Psychology | 2 | 2.50 | C+ | 0910605 | English for Specific Purposes 2 | 2 | 4.00 | A |
| 0910506 | Writing 3 | 2 | 4.00 | A | 0910606 | Translation 1 | 1 | 4.00 | A |
| 0910507 | English for Specific Purposes 1 | 2 | 4.00 | A | 0910607 | Grammar 3 | 2 | 4.00 | A |
| 0910508 | Grammar 2 | 2 | 4.00 | A | 0910608 | Database Systems | 3 | 4.00 | A |
| 0910509 | Basic Database Systems | 2 | 4.00 | A | 0910609 | Network and Security Systems | 3 | 4.00 | A |
| 0910510 | Application of ICT in Teaching | 3 | 4.00 | A | 0910610 | E – learning | 4 | 4.00 | A |
| 0910511 | Software Application in Research | 2 | 3.50 | B+ | | | | | |
| **Total Credits** | | **22** | | | **Total Credits** | | **22** | | |
| **Grade Point Average** | | | **3.66** | **B+** | **Grade Point Average** | | | **3.82** | **B+** |
| **2017** | **Semester VII** | | | | **2018** | **Semester VIII** | | | |
| 0910701 | Research Methodology | 3 | 3.50 | B+ | | Practical Teaching | 6 | 3.50 | B+ |
| 0910603 | Educational Management | 2 | 3.00 | B | | Final Report | 5 | 4.00 | A |
| 0910703 | Methodology 4 | 2 | 4.00 | A | **Total Credits** | | **11** | | |
| 0910704 | Literature 2 | 2 | 3.50 | B+ | **Grade Point Average** | | | **3.73** | **B+** |
| 0910705 | English for Specific Purposes 3 | 2 | 3.00 | B | **All Passed Credits :** | | **157** | | |
| 0910706 | Translation 2 | 1 | 4.00 | A | **Cumulated Grade Point Average (CGPA) :** | | **3.61** | | **B+** |
| 0910707 | Oral Presentation | 4 | 4.00 | A | | | | | |
| 0910708 | Internet | 2 | 3.50 | B+ | | | | | |
| 0910709 | Computer Assisted Instruction | 3 | 4.00 | A | | | | | |
| **Total Credits** | | **21** | | | | | | | |
| **Grade Point Average** | | | **3.64** | **B+** | | | | | |

Grading System:   A Excellent   B+ Very Good   B Good
C+ Fairly Good   C Fair   D+ Poor   D Very Poor   F Failed

**Acting Academic Affairs Division**
**Faculty of Education**

Head of Academic Affairs Office

Sonephet THONGPADITH

Yang XANG

This manuscript record is used with original certificate which has red stamp and real signature based on law concerned.





No: 0001/NVC

Certificate of Achievement

This is to certify that:

**Mr.** ███████████

Has satisfactorily completed the following training course:

Techniques of English Teaching for Communication

Total 10 days

Organized by: NV Center

At: NV Center, Alounsavath School, Nasang Village, Luang Prabang District, Luang Prabang Province.

**The Director**





ໃບຢັ້ງຢືນການເຂົ້າຝຶກອົບຮົມ
ອອກໃຫ້ແກ່ທ່ານ

███████████

ໄດ້ສໍາເລັດການເຂົ້າຝຶກອົບຮົມໃນຫົວຂໍ້:

ຍິກຊ້ອມການສອນພາສາອັງກິດເພື່ອການສື່ສານ

ເປັນເວລາ 10 ວັນ

ຈັດໂດຍ: ສູນເອັນວີ

ທີ່ ສູນເອັນວີ, ໂຮງຮຽນ ອານຸສະຫວັດ, ບ້ານ ນາ
ຊ່າງ, ເມືອງ ຫລວງພະບາງ, ແຂວງ ຫລວງພະບາງ.

